[No. 41315-5-I.     Division One.     August 10, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. S.U., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02813-4, Carol A. Schapira, J., entered August 20, 1998. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Cox, JJ.

[Nos. 15381-9-III; 16466-7-III;   Division Three.   August 11, 1998.]
     16552-3-III.

*In the Matter of the Welfare of* JOSHUA R.

SHARON R., ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Benton County, Nos. 94-7-00043-3, 96-7-00036-7, Carolyn A. Brown and Philip M. Raekes, JJ., entered November 14, 1995, and March 12, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 15900-1-III.     Division Three.     August 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. WAIBLINGER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00090-3, Donald W. Schacht, J., entered May 28, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 15943-4-III.     Division Three.     August 11, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN R. CRISPIN, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-1-50077-1, Duane E. Taber, J., entered June 25, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.